IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**REGGIE WILBURN**                                                                 **PLAINTIFF**

V.                                          CIVIL ACTION NO. 4:22-CV-00056-DAS

**BURL CAIN,
DR. THOMAS COLLUM,
DR. ANTONIO DEL CASTILLO,
TIMOTHY DONOVAN,
DR. MAHAMED HADIDI FASECH,
DONALD FAUCETT,
HSA WILLIE KNIGHTEN,
SGT. WANDA MILLER,
TIMOTHY MORRIS,
RICHARD PENNINGTON,
DR. COLLETE SCOTT,
SONJA STANCIEL, and
SHAWN WORD**                                                **DEFENDANTS**

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CERTAIN DEFENDANTS

      This matter comes before the Court on the motion [24] of Plaintiff Reggie Wilburn in which he seeks to dismiss a number of defendants from this cause. In this motion, Mr. Wilburn avers that the defendants he seeks to dismiss "ha[d] nothing to do with liberality in this case." *See* Doc. # 24. Upon due consideration, the Court finds that the instant motion [24] should be **GRANTED.** Accordingly, the following defendants are hereby **DISMISSED** from this cause:

1. Burl Cain

2. Dr. Thomas Collum

3. Dr. Antonio Del Castillo

4. Timothy Donovan

5. Dr. Mahamed Hadidi Fasech

6. Donald Faucett

7. HSA Willie Knighten

8. Sgt. Wanda Miller

9. Timothy Morris

10. Richard Pennington

11. Dr. Collete Scott

12. Sonja Stanicel

**SO ORDERED**, this the 16th day of November, 2022.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**