# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**REGGIE WILBURN**                                                                              **PLAINTIFF**

**V.**                                               **CIVIL ACTION NO. 4:22-CV-00056-DAS**

**SHAWN WORD**                                                                  **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued today, the remaining claims against Defendant Shawn Word are **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

**SO ORDERED**, this the 17th day of November, 2022.

                                                                        /s/ David A. Sanders
                                                                        **DAVID A. SANDERS**
                                                                        **UNITED STATES MAGISTRATE JUDGE**