IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**REGGIE WILBURN**                                                                             **PLAINTIFF**

**V.**                                                                             **CIVIL ACTION NO. 4:22-CV-00056-DAS**

**SHAWN WORD**                                                                          **DEFENDANT**

## ORDER

This matter comes before the Court upon *pro se* Plaintiff's motion styled as a "motion to reopen motion (17) to decline Magistrate Judge Jurisdiction base upon extraordinary circumstances (see) attached Medical Follow-up Forms Exhibit 1-11." Doc. # 37. In the instant motion, Plaintiff essentially seeks reconsideration of the Court's previous order denying Plaintiff's motion to decline magistrate judge jurisdiction. *See* Doc. # 26. The Court finds that Plaintiff has failed to demonstrate that reconsideration is warranted, nor has he otherwise shown that withdrawal of his consent to magistrate judge jurisdiction in this cause is appropriate. The Court, therefore, finds that the instant motion [37] should be **DENIED**.

**SO ORDERED**, this the 1st day of December, 2022.

                                                        /s/ David A. Sanders
                                                        **DAVID A. SANDERS**
                                                        **UNITED STATES MAGISTRATE JUDGE**